## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOSE MORENO

Defendant.

**CASE NO.** 8:20CR67

**WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)     The defendant affirms receiving a copy of the Indcitment.;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the Indictment.

| | |
|---|---|
| Defendant | February  21, 2020 |
| | Date |
| Attorney for Defendant | February 21, 2020 |
| | Date |

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

Date and Time:  02/21/2020, 10:51 am

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge